UNITED STATES BANKRUPTCY COURT
District of Oregon

In re ) Hearing Judge: David W Hercher
  Jesse Cole Merten ) Case No. **24-30902-dwh13**
  Kellie Marie Merten ) CHAPTER 13 CONFIRMATION
Debtor(s) ) WORKSHEET

        Attorney: MICHAEL D O'BRIEN         Trustee Representative: Jonathan Kuni

**Present:** () Debtor () Jt. Debtor (x) Attorney     Conf. Hrg. Date/Time: 05/23/2024 9:00 AM

**Additional Participants:** MICHELLE BERTOLINO for Global Federal CU

**Trustee Objection(s)**
\_\_\_\_\_ Resolved and recommends confirmation.
\_\_\_\_\_ Plan payments have not been received.
\_\_\_\_\_ Plan payments are not current.
  x   Other: Trustee objection not resolved. Creditors' meeting continued to 6/11/24.

**Creditor Objection(s)**
\_\_\_\_\_ IRS     \_\_\_\_\_ ODR     Creditor(s): Global Federal Credit Union

**Plan Confirmed**
\_\_\_\_\_ Order has been lodged.
\_\_\_\_\_ Order to be lodged after hearing.

**Plan Denied**
\_\_\_\_\_ Debtor wants to file an amended plan.
\_\_\_\_\_ Other reason:
\_\_\_\_\_ # of days or by \_\_\_\_\_ file an amended plan. (1355.05)
\_\_\_\_\_ Adjourned hearing date given in court

**Other Orders**
\_\_\_\_\_ Order to file tax returns   \_\_\_\_\_ IRS   \_\_\_\_\_ ODR   \_\_\_\_\_ Other:
\_\_\_\_\_ Returns due within \_\_\_\_\_ days.
\_\_\_\_\_ Service Order.   \_\_\_\_\_ Fee reduction.   \_\_\_\_\_ Send letter.
\_\_\_\_\_ 7-day order requiring presentation of proposed confirmation order.

**Adjourned Hearing**
  x   Adjourned confirmation hearing to be held on   7/1/2024 at 2:30 pm
\_\_\_\_\_ Evidentiary confirmation hearing to be held on
  x   via Telephone   \_\_\_\_\_ by Video   \_\_\_\_\_ in Courtroom #
\_\_\_\_\_ Trustee motion to dismiss continued.
  x   Noticed in court.   \_\_\_\_\_ Notice to be sent to interested parties.

**Notes:**